# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH LAUFER, | ) |
| | ) |
| Plaintiff, | ) Cause No. 3:20-cv-00576 |
| v. | ) |
| | ) |
| KALPANA, INC., | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR ADDITIONAL TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

Comes Now Jay L. Kanzler and enters his appearance on behalf of defendant Kalpana, Inc. Defendant requests additional time, up to and including September 14, 2020, in which to file its answer and/or other responsive pleading.

WITZEL, KANZLER & DIMMITT, LLC

By: /s/ Jay L. Kanzler
Jay L. Kanzler Jr. #6208995 IL
2001 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-5367
314-645-5387 (fax)
jaykanzler@wkllc.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of this pleading was filed with the Court using the ECF/CM electronic filing system on this 2nd day of September 2020.

                                                /s/ Jay L. Kanzler