**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN  DISTRICT OF ILLINOIS**

DEBORAH LAUFER,           )
                           )
        Plaintiff,      )     Cause No. 3:20-cv-00576
v.                         )
                           )
KALPANA, INC.,           )
                           )
        Defendant.     )

**<u>DISCLOSURE OF CORPORATE INTERESTS</u>**

COMES NOW Defendant Kalpana, Inc., through its attorneys, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states that Kalpana, Inc. has no parent company, has no subsidiaries that are publicly traded, and there is no publicly held company that owns 10% or more of the company.

WITZEL, KANZLER & DIMMITT, LLC

By: _/s/ Jay L. Kanzler_____
Jay L. Kanzler Jr. #6208995 IL
2001 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-5367
314-645-5387 (fax)
jaykanzler@wkllc.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of this pleading was filed with the Court using the ECF/CM electronic filing system on this 3rd day of September 2020.

_____/s/ Jay L. Kanzler_____