**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

**DEBORAH LAUFER, Individually,**          Case No.: 3:20-cv-00576-JPG

    **Plaintiff ,**

**v.**

**KALPANA, INC. d/b/a RODEWAY INN**
**FLORA, an Illinois Corporation,**

    **Defendant.**
_____

## NOTICE OF SETTLEMENT OF CLAIM

    Plaintiff, Deborah Laufer, by and through undersigned counsel, respectfully submits this Notice of Settlement, and informs the Court as follows:

    1.    Plaintiff has reached an agreement with Defendant to resolve the claims against Defendant.

    2.    The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

    3.    Accordingly, the parties ask for a 30-day extension of all deadlines.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this September 15, 2020.

    Respectfully submitted,

    Attorney for Plaintiff:

    By: /s/ Kimberly A. Corkill, Esq.

    Kimberly A. Corkill, Of Counsel
    Thomas B. Bacon, P.A.
    7 N. Coyle Street

Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942